08 C 672
JUDGE DOW
MAGISTRATE JUDGE COLE

# Exhibit 1




uBid.com
the marketplace you can trust℠
10 YEARS

REGISTER | SIGN IN

Home | My Page | Sell | H

| COMPUTERS | ELECTRONICS | TELEVISIONS | JEWELRY | WATCHES | HOME & GARDEN | TOOLS | SPORTING GOODS | EVERYTHING ELSE |

Laptop Computers | Desktop Computers | Servers | LCD TVs | Diamond Rings | Coins & Stamps | Digital Cameras | Appliances | GPS Systems | Car Electronics | Cell Phones | iPods & MP3 Players | Cha

SEARCH  All Categories  [Go]


FINAL DAY
FREE SHIPPING
CLICK HERE!




30 MINUTE AUCTIONS


MEGA AUCTIONS


CLOSING THIS HOUR

  

uBid liquidates excess inventory
>> LEARN MORE
► SELL
► REGIS

1 2 3 4
    

## Featured Auctions



**HP** Pavilion dv9626us AMD Turion 64 X2 TL-58 1.9GHz 2GB 160GB 17"
Qty: 23
Starting at $1



**Wohler** Gents Arendt Automatic Skeleton ~ $2995
Qty: 3
Starting at $1

 

**Vizio** VX37L - 37" LCD Television HDTV High Definition Vizio
Qty: 51
Starting at $1

   

**Kicker** Dual 10" 1800W SoloBaric L5 Enclosure $9.99 Ship *NEW*
Qty: 11
Starting at $1 or

### uBid Categories
- COMPUTERS
- ELECTRONICS
- TELEVISIONS
- JEWELRY
- WATCHES
- HOME & GARDEN
- TOOLS
- SPORTING GOODS
- EVERYTHING ELSE

### uBid Info
Need Help?
Sign up for Alerts
Update your Profile

Suggestion Box
About uBid.com
Investor Relations

**Featured Brands**









SONY
Apple
OLYMPUS
HEWLETT PACKARD
Polaroid
DELL



**HP** Pavilion A6207c Athlon 64 X2 4400+ 2.3GHz 2GB 400GB
Qty: 29
Starting at $1



**CADENCE** 6-BAND PARAMETRIC PREAMP EQUALIZER
Qty: 12
Starting at $1 or
BuyitNow: $99



**Pentax** E40 Digital Camera - 8.1 Megapixel, 3x Optical Zoom
Qty: 11
Starting at $1 or
BuyitNow: $89

BuyitNow: $249

**Kicker** Solobaric S8L7 900W 8" Square Sub $9.9 Ship *NEW*
Qty: 18
Starting at $1 or
BuyitNow: $99



















Site Map | Help | My Page | Register | New User Tutorial
About uBid.com | Affiliate Program | Investor Relations | Auction Alerts

(Your Payment Method is *only* charged when you win an auction. Learn more)

©1997-2008 uBid.com, Inc. 8725 West Higgins Rd., 9th Floor - Chicago, IL. 60631. All Rights Reserved. Use of this Web site constitutes acceptance of the uBid.com User Agreement and Privacy Policy. Protected by U.S. Patent Nos. 5,845,265; 6,202,051; 6,266,651 and pat. pending

uBid.com Online Auctions - Computers Auctions, Electronics Auctions & More Auction Deals

Page 3 of 3

http://www.ubid.com/

1/28/2008

uBid.com Site Map
Page 1 of 2
Case 1:08-cv-00672    Document 1-2    Filed 01/30/2008    Page 5 of 10



**uBid.com** — the marketplace you can trust

Home | My Page | Sell | H

REGISTER | SIGN IN

| COMPUTERS | ELECTRONICS | TELEVISIONS | JEWELRY | WATCHES | HOME & GARDEN | TOOLS | SPORTING GOODS | EVERYTHING ELSE |
|---|---|---|---|---|---|---|---|---|
| Laptop Computers | Servers | LCD TVs | Coins & Stamps | Digital Cameras | Appliances | GPS Systems | Car Electronics | iPods & MP3 Players |
| Desktop Computers | | Diamond Rings | | | | | | Cell Phones | Cha |

SEARCH  All Categories [Go]

 FINAL DAY FREE SHIPPING CLICK HERE!

▶ SELL    ▶ REGIS

Home >> **Site Map**

**COMPUTERS**
Laptop Computers
Desktop Computers
Servers
PDAs
Computer Accessories
Computer Components
Computer Monitors
Drives
Computer Networking
Printers
Scanners
Computer Software

**ELECTRONICS**
Digital Cameras
Digital Picture Frames
iPod & MP3 Players
Portable DVD Players
Portable Electronics
Cell Phones
Camcorders
DVD Players & DVRs
Video Games
Satellite TV Systems
Video Accessories
Home Security
Home Audio

**JEWELRY**
Earrings
Pendants & Lockets
Bracelets & Anklets
Necklaces
Rings
Loose Certified Diamonds
Loose Gemstones & Beads
Charms
Costume Jewelry
Other Jewelry
Mens Jewelry
Jewelry Supplies

**WATCHES**
Mens Watches
Ladies Watches
uBuyIt Watches

**HOME & GARDEN**
Gardening & Plants
Lawn & Patio
Kitchen & Dining
Appliances
Household Appliances
Vacuums & Housekeeping
Bedding

**SPORTING GOODS**
Exercise & Fitness
Sports Equipment
Radio Control
Sportswear
Sports Collectibles
Binoculars & Telescopes
Games

**EVERYTHING ELSE**
Coins & Stamps
Collectibles
Kids Clothing
Mens Clothing
Mens Shoes & Accessories
Womens Clothing
Womens Shoes & Accessories
Handbags
Luggage
Health & Beauty
Baby Gear
Crafts
Gifts & Celebrations
Food & Wine
Cigar Accessories
Movies
Music
Books



30 MINUTE AUCTIONS
MEGA AUCTIONS
CLOSING THIS HOUR

**uBid Categories**
▸ COMPUTERS
▸ ELECTRONICS
▸ TELEVISIONS
▸ JEWELRY
▸ WATCHES
▸ HOME & GARDEN
▸ TOOLS
▸ SPORTING GOODS
▸ EVERYTHING ELSE

**uBid Info**
Need Help?
Sign up for Alerts
Update your Profile
Suggestion Box



About uBid.com
Investor Relations

Speakers
Headphones
Musical Instruments
Car Electronics
GPS Systems
Telephones
Home/Office Electronics

**TELEVISIONS**
LCD TVs
Plasma TVs
Home Theater Projectors
Rear Projection TVs
Tube TVs
TV Accessories

Bath
Home Decor
Art
Furniture
Lighting
Windows, Doors & Floors
Storage & Organization
Pet Supplies

**TOOLS**
Power Tools
Air Tools
Outdoor Tools
Hand Tools
Generators, Vacuums & Shop Equipment
Woodworking, Metalworking & Welding
Accessories & Other Tools

Travel & Events
Equipment & Industrial Supplies
Retail Supplies & Displays
Everything Else













(Your Payment Method is *only* charged when you win an auction. Learn more)

Site Map | Help | My Page | Register | New User Tutorial
About uBid.com | Affiliate Program | Investor Relations | Auction Alerts

©1997-2008 uBid.com, Inc. 8725 West Higgins Rd., 9th Floor - Chicago, IL. 60631. All Rights Reserved.
Use of this Web site constitutes acceptance of the uBid.com User Agreement and Privacy Policy.
Protected by U.S. Patent Nos. 5,845,265; 6,202,051; 6,266,651 and pat. pending



uBid.com - About uBid.com

Page 1 of 4



REGISTER | SIGN IN     Home | My Page | Sell | H

| COMPUTERS | ELECTRONICS | TELEVISIONS | JEWELRY | WATCHES | HOME & GARDEN | TOOLS | SPORTING GOODS | EVERYTHING ELSE |
|---|---|---|---|---|---|---|---|---|
| Laptop Computers | | | | | | | | |
| Desktop Computers | Servers | LCD TVs | Diamond Rings | Coins & Stamps | Digital Cameras | Appliances | GPS Systems | Car Electronics | Cell Phones | iPods & MP3 Players | Cha |

FINAL DAY FREE SHIPPING CLICK HERE!

SEARCH All Categories [ Go ]

### About uBid.com

**About uBid.com**
Company Overview
Management Team
Contact Information
In the News
Careers
Privacy & Security

**uBid Info**
Need Help?
Sign up for Alerts
Update your Profile
Suggestion Box
About uBid.com
Investor Relations

### uBid's Promise of Trust For Our Customers

Ready to bid? Sign up here.

uBid.com is a dynamic online auction marketplace that connects consumers like you with pre-screened, certified sellers (including uBid.com itself) supplying a wide range of respected brand name items. Our mission is quite simply to become your #1 trusted online auction source for great products at deal prices.

We understand that your trust is something we have to earn - every day, through countless customer interactions, over and over again. And we take this responsibility very seriously. This is our Promise of Trust to all our uBid.com customers:

1. **To protect you from fraudulent sellers with a 100% Fraud Free Auction Guarantee**
We created the uBid.com Certified Merchant program, which requires our product suppliers to go through a rigorous ten point approval process, so you can trust the products you buy are real and accurately depicted. The approval process includes a D&B report, credit checks, trade references and numerous other requirements. In many cases, products are sold directly from uBid, further ensuring your protection.

Subject to uBid.com's Return Policy and Procedures, if you experience an instance of what you believe to be fraudulent conduct on uBid.com, please bring it to our attention immediately. We will then investigate the matter promptly, and if we determine that there is an issue, we will do everything in our power to make things right for you.

2. **To protect your personal and credit card information with the highest level of data privacy and**



## uBid's Promise of Trust For Our Sellers

uBid.com is a dynamic online auction marketplace that connects merchants with credit approved, price-conscious, interested buyers. Our mission is quite simply to become your #1 trusted online auction source to

**security**
uBid.com employs state-of-the-art data encryption and a sophisticated technical platform to ensure safe and secure transactions on our site. Rest assured that your personal and private information remains secure and private when registering or placing bids and orders at uBid. We will never pass this information to any unauthorized third parties not doing business directly with uBid.

3. **To maintain upfront and clear pricing terms**
We won't hit you for hidden surcharges, maintain reserve pricing on auctions or bury shipping charges in reams of legal copy.

4. **To ensure the items you purchase get delivered to you in good condition using reasonable accepted delivery methods at fair prices**
We will try to provide you with several options for shipping, including standard ground, 2nd day air, next day air, etc. We will always default to the lowest priced shipping method but allow you to choose the method you prefer with pricing clearly stated.

5. **To sell quality products that you want and need**
We will not knowingly allow the use of our platform to sell illegal, stolen or misrepresented merchandise, knock-off merchandise, pornographic material, multi-level marketing products or any other items of questionable nature.

6. **We will try to make things right, if you're not satisfied**
We maintain our own dedicated Customer Care center. Our Customer Care center supports Customer needs for all sales, whether shipped from one of our Certified Merchants or directly from our warehouse.

7. **To treat you, our customer, with respect and honesty in all our interactions with you**
We will not send you unsolicited email messages, subject you to relentless commercial pop-up or pop-under messages on our website, sell your name & address or email address to third parties. We will always be courteous, polite, helpful, honest and fair.

8. **We expressly forbid the practice of "shill bidding" (i.e. casting bids in an auction for the sole purpose of driving up the price of the merchandise offered)**
Shill bidding is illegal and strictly forbidden on uBid. Anyone found shill bidding will receive warnings or indefinite suspensions of their accounts and we will report any such activity to the authorities.

move your product, whether it be your new, excess, discontinued or reconditioned inventory.

Building and maintaining a trusted marketplace is a responsibility we take very seriously. This is our Promise of Trust to all our uBid.com sellers:

1. **To protect your reputation from fraudulent sellers**
   We created the uBid.com Certified Merchant program, which requires our product suppliers to go through a rigorous ten point approval process. Unlike other auction companies, this ensures you won't be in the company of disreputable or fraudulent sellers. Our customers count on us to bring them real and accurately depicted quality merchandise. Since we do the screening, your products are viewed by millions of trusting customers ready to buy.

2. **To deliver credit approved certified buyers**
   At uBid, our customers must submit a valid credit card and be credit approved before placing a bid and ordering. This process insures that the customers bidding on your items are seriously interested and able to buy. uBid.com handles the purchase transaction so you don't have to collect payments yourself.

3. **To maintain a platform with the highest level of data privacy and security**
   uBid.com employs state-of-the-art data encryption and a sophisticated technical platform to ensure safe and secure transactions on our site. We deliver valid, secure transactions and confident consumers who return to repeat purchase.

4. **To maintain fair pricing terms for all our sellers**
   We won't hit you for listing fees or hidden surcharges. We won't nickel and dime you. Our aim is to make a fair profit on each transaction. Nothing more.

5. **To continuously increase customer demand for your products**
   We invest millions of dollars to generate consumer traffic to the uBid.com website using sophisticated marketing tools and techniques. Further we employ marketing experts to build and maintain customer relationships with our registered customers to keep them coming back to bid on products like yours.

6. **To provide additional customer support services so you don't have to**
   We maintain a dedicated Customer Care center. Our Customer Care center supports customer needs for all sales whether shipped from one of our Certified Merchants or directly from our warehouse.

Case 1:08-cv-00672 Document 1-2 Filed 01/30/2008 Page 10 of 10












(Your Payment Method is *only* charged when you win an auction. Learn more)

Site Map | Help | My Page | Register | New User Tutorial
About uBid.com | Affiliate Program | Investor Relations | Auction Alerts

©1997-2008 uBid.com, Inc. 8725 West Higgins Rd., 9th Floor - Chicago, IL. 60631. All Rights Reserved.
Use of this Web site constitutes acceptance of the uBid.com User Agreement and Privacy Policy.
Protected by U.S. Patent Nos. 5,845,265; 6,202,051; 6,266,651 and pat. pending

Page 4 of 4 · uBid.com - About uBid.com · http://www.ubid.com/about/trust.asp · 1/28/2008