08 C 672

JUDGE DOW
MAGISTRATE JUDGE COLE

# Exhibit 2



# UBid-it
## AUCTION SERVICES

What Sells    Fees    Location    About Us    Our Auctions    Home

  **compatible application**

 **AUCTION LOGISTIX PAYMENT SERVICES**

**PDF** CONSIGNMENT AGREEMENT

 **Contact Us**

## Got stuff? Sell it on eBay.

Everyone has some unused, unwanted items laying around their home or office. Why not let **UBid-it** help you turn those items into cash?

More than 95 million people shop on eBay. **UBid-it**, the professional eBay consignment company, makes selling your item a snap. **UBid-it** processes hundreds of items per day and we are ready to use our expertise to help you get cash quick for your item. Our systems and custom software make it incredibly fast and simple to take advantage of eBay's unlimited selling power.







## eBay Auction Consignment Services

Bring your items to us or call to arrange a pick-up for larger items and lots. **UBid-it** will take care of the rest.

We handle it all, fully preparing your item for listing on eBay. We handle thousands of auctions per month meaning our eBay experience will help you maximize the potential to sell your items. Sell on eBay with our help and you will get the most return for your

UBid-it eBay Auction Drop off Made Easy :: We do the work... You get the Money

item. Our expert staff handles every detail.

We do the work, you get the money!

## We do the work... YOU get the money!

We will:

- take professional digital photographs of your item.
- write the auction details and description.
- submit an auction for your item on eBay.
- monitor your auction.
- process the auction checkout and payment.
- package and ship your item.
- send you a check!

Terms and Conditions  •  Privacy Policy  •  Contact Us

Copyright © 2004 - 2008 Auction Logistix LLC, All rights reserved.



# UBid-it

## AUCTION SERVICES

What Sells    Fees    Location    About Us    Our Auctions    Home

   

## UBid-it : ebY Auction Services

A member of the **Auction Logistix** family of companies.

**UBid-it** has the honor of being among the largest eBay sellers in America. One of our sister companies is a member of the prestigious eBay Developers Council, comprised of the top eBay developers in the world. Our custom software makes the creation, submission, management and fulfillment of large volumes of eBay auctions possible. Our operations are responsible for over 20,000 eBay auctions per month.

**Our Address:**
3332 Powell Ave.
Nashville, TN 37304

**Our Phone Number:**
(615) 263-0282

## Auction Logistix LLC

**Auction Logistix** provides a wide variety of services to our affiliated auction merchant members, from automated credit card payment services to warehousing and order fulfillment.

You might have guessed this from our name, but to be clear: **Auction Logistix** handles all the logistical details necessary to run a successful online auction.

Our custom server to server API software provides instantaneous access and

response from credit card processing gateways, the Federal Express tracking system and eBay's auction status monitor, giving our clients a comprehensive set of tools. In this way, we provide a one-stop solution and enhance their auction fulfillment strategies.

**Credit Card Payment Services** - Our server API software provides fast, reliable credit card transaction processing and authentication using secure SSL encryption.

**Warehousing** - We handle thousands of auction items per day in our 50,000 square foot warehouse.

**Order Fulfillment** - Our automated fullfillment system seamlessly integrates order picking and our custom Federal Express API software handles shipping and order tracking.

Terms and Conditions  •  Privacy Policy  •  Contact Us

Copyright © 2004 - 2008 Auction Logistix LLC, All rights reserved.

UBid-it eBay Auction Drop off Made Easy :: We do the work... You get the Money



# UBid-it AUCTION SERVICES

What Sells    Fees    Location    About Us    Our Auctions    Home

   

## What Sells

eBay has evolved into a channel for all types of e-commerce transactions and many items sell easily on eBay. Here's a list of items that typically sell quickly and offer a high return.

- Antiques
- Books & Magazines
- Collectibles & Memorabilia
- Cameras & Electronics
- Computers – Hardware & Software
- Clothing
- Coins & Stamps
- CDs, DVDs and VHS tapes
- Furniture
- Jewelry
- Musical Instruments
- Sporting Goods
- Toys, Dolls & Teddy Bears
- Vehicles, Parts & Accessories
- Video Games

Other item categories certainly may sell quickly as well, particularly rare and high quality items. The list above will provide you with an idea of items that are in high demand.

UBid-it eBay Auction Drop off Made Easy :: We do the work... You get the Money

## Prohibited, Questionable and Infringing Items

eBay places restrictions on the sale of certain items and prohibits the sale of others. To view eBay's listing of these restricted, prohibited and questionable items, click here.

Terms and Conditions  •  Privacy Policy  •  Contact Us

Copyright © 2004 - 2008 Auction Logistix LLC, All rights reserved.