**AEE**

**FILED**

**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**08 C 672**

| | | |
|---|---|---|
| UBID.COM HOLDINGS, INC. and<br>UBID, INC. | ) | |
| | ) | |
| | ) | **Case No. _____** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **JUDGE DOW** |
| | ) | **MAGISTRATE JUDGE COLE** |
| MARTIN RANDOLPH FIKE, | ) | |
| AUCTION LOGISTIX, L.L.C., and | ) | |
| CONSUMER DEPOT, LLC, individually | ) | |
| and collectively d/b/a UBID-IT, | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2</u>**

uBid.com Holdings, Inc. states that it is a publicly owned company, that it has no parent

corporation and that no publicly held company or investment fund holds more than a 5%

ownership interest in its stock.

uBid, Inc. states that it is a wholly owned subsidiary of uBid.com Holdings, Inc.

Dated: January 30, 2008                                Respectfully Submitted,


By:   /s/ Lee J. Eulgen_____
          One of the Attorneys for Plaintiffs,
          uBid.com Holdings, Inc. and uBid, Inc.


Lee J. Eulgen (ARDC No. 6242858)
Sarah E. Smith (ARDC No. 6273071)
Gregory J. Leighton (ARDC No. 6290037)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL  60602
Phone:  (312) 269-8000
Facsimile:  (312) 269-1747