FILED
JANUARY 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00672   Document 4   Filed 01/30/2008   Page 1 of 2

08 C 672

JUDGE DOW
MAGISTRATE JUDGE COLE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBID.COM HOLDINGS, INC. and UBID, INC.<br><br>        Plaintiffs,<br><br>vs.<br><br>MARTIN RANDOLPH FIKE, AUCTION LOGISTIX, L.L.C., and CONSUMER DEPOT, LLC, individually and collectively d/b/a UBID-IT,<br><br>        Defendants. | Case No. _____ |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS
## PURSUANT TO LOCAL RULE 3.4

**Addresses of the Parties:**

**Plaintiffs:**

uBid.com Holdings, Inc.
8725 West Higgins Road, 9th Floor
Chicago, Illinois 60631

uBid, Inc.
8725 West Higgins Road, 9th Floor
Chicago, Illinois 60631

**Defendants:**

Consumer Depot, LLC
3332 Powell Avenue
Nashville, Tennessee 37204

Auction Logistix, LLC
3332 Powell Avenue
Nashville, Tennessee 37204

Martin Randolph Fike
3332 Powell Avenue
Nashville, Tennessee 37204

**Marks at Issue:**

**Plaintiffs:**

    UBID                Reg. No. 2,229,515

    UBID                Reg. No. 2,519,050

| | |
|---|---|
| UBID.COM THE BRAND NAME MARKETPLACE | Reg. No. 3,048,683 |
| UBID THE MARKETPLACE YOU CAN TRUST | Reg. No. 3,065,399 |
| UBID.COM | Reg. No. 2,991,806 |
| UBID.COM (Stylized) | Appln. No. 77/313,267 |

Dated:  January 30, 2008            Respectfully Submitted,

                                   By:  /s/ Lee J. Eulgen
                                        One of the Attorneys for Plaintiffs,
                                        uBid.com Holding, Inc. and uBid, Inc.

Lee J. Eulgen (ARDC No. 6242858)
Sarah E. Smith (ARDC No. 6273071)
Gregory J. Leighton (ARDC No. 6290037)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL  60602
Phone:  (312) 269-8000
Facsimile:  (312) 269-1747