# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UBID.COM HOLDINGS, INC. and UBID, INC. | ) )  ) **Case No. 08-CV-672** |
| Plaintiffs, | ) ) ) |
| vs. | ) **Judge:** Robert M. Dow, Jr. ) ) |
| MARTIN RANDOLPH FIKE, AUCTION LOGISTIX, L.L.C., and CONSUMER DEPOT, LLC, individually and collectively d/b/a UBID-IT, | ) **Magistrate Judge:** Jeffrey Cole ) ) ) ) |
| Defendants. | ) |

## MEDIATION PROGRAM CERTIFICATION

I hereby certify that on February 11, 2008, I provided a copy of the Notice and accompanying materials regarding the Northern District of Illinois' Voluntary Mediation Program for Lanham Act claims to the representative of the parties represented by Neal, Gerber & Eisenberg LLP in the above captioned matter: uBid.com Holdings, Inc. and uBid, Inc.

Dated: February 19, 2008        Signed:  /s/Sarah E. Smith
                                         Sarah E. Smith
                                         One of the Attorneys for Plaintiffs,
                                         uBid.com Holdings, Inc. and uBid, Inc..

Lee J. Eulgen (6242858)
Sarah E. Smith (6273071)
Gregory Leighton (6290037)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois  60602
Tel. (312) 269-8000
Fax. (312) 269-1747