

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 672 | **DATE** | 3/31/2005 |
| **CASE TITLE** | UBID. Com Holdings, Inc.,et al vs. Martin Randolph Fike, et al | | |

**DOCKET ENTRY TEXT**

ENTER CONSENT JUDGMENT as modified by this Court.
This Court shall retain jurisdiction over this matter for purposes of enforcing this Consent Judgment and for the punishment of any violations thereof. Except as necessary to enforce the terms of this Consent Judgment, this case is dismissed with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|