UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBID.COM HOLDINGS, INC. and UBID, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN RANDOLPH FIKE, AUCTION LOGISTIX, L.L.C., and CONSUMER DEPOT, LLC, individually and collectively d/b/a UBID-IT,<br><br>Defendants. | )<br>)<br>) Case No. 1:08 C 00672<br>)<br>)<br>) Consent Judgment<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CONSENT JUDGMENT

Plaintiffs uBid.com Holdings, Inc. and uBid, Inc. (collectively, "uBid") and Defendants Martin Randolph Fike ("Fike"), Auction Logistix, L.L.C. ("Auction Logistix") and Consumer Depot, LLC ("Consumer Depot") (collectively, the "Defendants"), having stipulated to the entry of judgment in this case without the right of appeal:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332(a)(1), 1338(a), 1338(b) and 1367. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

2. Defendants and each of their respective principals, officers, directors, agents, employees, parents, successors, assigns, subsidiaries, divisions, affiliates, related entities and agents, if any, and all others acting in concert or participating with them, shall permanently refrain from:

   (a) using, selling, offering for sale, holding for sale, advertising or promoting any goods or services under or in connection with any trade name, trademark, service

mark, user name, screen name, seller name, email address, Internet domain name or other designation of origin that is comprised in whole or in part of the term UBID, or any term confusingly similar thereto, including without limitation phonetic equivalents of the term UBID;

(b) doing any act or thing that is likely to induce the belief that Defendants' goods, services, or activities are in some way connected with uBid.com Holdings, Inc.'s and/or uBid, Inc.'s respective businesses, or that is likely to injure or damage plaintiffs' UBID name and mark or uBid's business; or

(c) doing any act or thing to challenge the validity of, or otherwise limit or impair uBid's rights in and to, the UBID name and mark.

3. Defendants shall immediately transfer the <ubid-it.com> domain name to uBid.com Holdings, Inc. Defendants shall take all steps required, at their sole expense, to ensure that the <ubid-it.com> domain name is promptly transferred uBid.com Holdings, Inc., including without limitation (a) providing uBid's counsel the authorization code to enable the transfer of the <ubid-it.com> domain name to uBid.com Holdings, Inc., and (b) removing the registrar lock on <ubid-it.com> to facilitate the transfer.

4. Each of the Defendants represents that it owns no other domain name(s) comprised of the term UBID (or its phonetic equivalents). Defendants shall not at any time in the future register any domain name(s) comprised of the term UBID (or its phonetic equivalents).

5. Defendants individually and collectively represent that, as of filing date of this Consent Judgment, they have (a) permanently ceased any and all use, advertising and other promotion of any goods or services under the UBID-IT designation, and (b) destroyed all marketing and promotional materials bearing the UBID-IT designation, including without limitation any such signage, flyers, business cards, blank or form contracts, and invoices.

6. Based upon the representations made herein, and each of the Defendants' strict compliance with their respective obligations set forth herein and in the written settlement agreement between the parties dated March 10, 2008, uBid hereby releases, acquits, and forever

discharges Defendants and their respective insurers, if any, from any and all claims, demands, actions, charges, appeals and complaints, whether for damages, injunctive, declaratory, or any other form of equitable relief, attorney's fees, expenses, and/or any other relief or remedy, arising from Defendants' registration of the <ubid-it.com> domain name and their use of the UBID-IT designation prior to the filing date of this Consent Judgment.

7. Defendants individually and collectively hereby release, acquit, and forever discharge uBid.com Holdings, Inc., uBid, Inc., and their respective affiliates, divisions and subsidiaries, present and former directors and officers, present, former, and future shareholders, representatives, employees, former employees, successors, agents, and assigns from any and all known or unknown claims, demands, actions, charges, appeals and complaints, which Defendants may have had or now have against uBid.com Holdings, Inc. and/or uBid, Inc., whether for damages, injunctive, declaratory, or any other form of equitable relief, attorney's fees, expenses, and/or any other relief or remedy.

8. Notwithstanding anything herein to the contrary, uBid.com Holdings, Inc. and uBid, Inc. expressly reserve any and all claims, demands, damages, actions, causes of action or suits of any kind or nature whatsoever that either may have against any of the Defendants arising from any of the Defendants' violation of the terms of this Consent Judgment.

9. This Consent Judgment shall be binding upon the parties, as well as upon their respective principals, officers, directors, agents, employees, parents, successors, assigns, subsidiaries, divisions, affiliates, related entities and legal representatives.

10. The parties hereby voluntarily consent to have a United States District Court Judge for the Northern District of Illinois, Eastern Division, enter this Consent Judgment.

11. Each party shall bear its own fees and costs arising from this litigation.

12. This Court shall retain jurisdiction over this matter for purposes of enforcing this Consent Judgment and for the punishment of any violations thereof. *Except as necessary to enforce the terms of this Consent Judgment, this case is dismissed with prejudice RMD*

_____
Hon. Robert M. Dow, Jr.
United States District Court Judge for the
Northern District of Illinois,
Eastern Division

Dated: __March 31, 2008__

The above Consent Judgment is agreed to as to form and substance.

**uBID.COM HOLDINGS, INC.**
By: _____
Name: MIGUEL A MARTINEZ JR
Title: CEO
Date: 3/21/08

**uBID, INC.**
By: _____
Name: JEFF HOFFMAN
Title: CEO
Date: 3/4/08

**AUCTION LOGISTIX, L.L.C.**
By: _____
Name: MARTIN FIKE
Title: MANAGING MEMBER
Date: 3/14/04

**CONSUMER DEPOT, LLC**
By: _____
Name: MARTIN FIKE
Title: MANAGING MEMBER
Date: 3/14/04

**MARTIN RANDOLPH FIKE**
By: _____
Date: 3/14/04

4